UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMEER A. HASHW, on behalf of himself
and others similarly situated

        Case No. 0:13-cv-00727-RHK-BRT

    Plaintiff,

v.

DEPARTMENT STORES NATIONAL BANK, and
FDS BANK,

    Defendant.
_____/

**NOTICE OF APPEAL**

NOTICE is hereby given that Objector/Appellant Caroline Tucker appeals to the United States Court of Appeals Eighth Circuit from the Order [138] and Judgment [139] of the United States District Court for the District of Minnesota, entered in this action April 26, 2017 and April 27, 2016.

Date:  May 20, 2016                /s/ Robert C. Black, III /s/
                                              Attorney for Objector/Appellant
                                              Robert C. Black, III
                                              7400 Metro Boulevard
                                              Suite 425
                                              Edina, MN 55439
                                              RCBlackLaw@aol.com
                                              Atty. Reg. No. 186855

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on May 20, 2016 and served by the same means on all counsel of record, including counsel for Plaintiffs and Defendants.

                                                                    /s/ Robert C. Black, III /s/